UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JAMES D. WOODS, KAREN J. WOODS, JAMES D. WOODS, JR., AND ANNETTE REEVES,<br>Plaintiffs<br><br>v.<br><br>JOHN CHRISTIAN ROMMEREIN,<br>Defendant | 4:02-CV-70623<br>Law No:_____<br><br>COMPLAINT AND<br>JURY DEMAND |

<u>Count I</u>
(Negligence and Negligence Per Se)

Plaintiff James D. Woods, by the Crawford Law Firm, his attorney, complaining against Defendant, John Christian Rommerein, also known as John Christian Stuhr-Rommerein, states as follows:

1. Plaintiff is a citizen of the State of Illinois and Defendant is a citizen of the State of Iowa. The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy five thousand dollars.

2. On December 9, 2000, at approximately 3:00 PM, Plaintiff was operating a 1992 Chevrolet van, proceeding in a westerly direction on Interstate 80 at the location of its intersection with Southeast Beltline Drive at or near Newton, in Jasper County, Iowa.

3. At said time and place, Defendant was operating a motor vehicle, proceeding on said Interstate 80 in an easterly direction.

4. The aforesaid intersection was a full interchange for entrance to and exit from the interstate highway, with a bridge on Interstate 80 going over Southeast Beltline Drive.

5. At said time and place, the roads were ice covered.

6. At said time and place, Defendant was guilty of one or more of the following negligent acts and omissions:

(a) While operating his vehicle, he drove it upon the roadway to the left of the center line of the roadway when not authorized, said roadway having four lanes for moving traffic and providing for two-way movement of traffic, in violation of Iowa Code § 321.297(3);

(b) He was operating his vehicle at an excessive rate of speed;

(c) He was operating his vehicle at a speed which was greater than was reasonable and proper, having due regard to the traffic, surface, and width of the highway and of other conditions then existing, in violation of Iowa Code § 321.285;

(d) He was operating his vehicle upon the highway at a speed greater that would permit him to bring it to a stop within the assured clear distance ahead, in violation of Iowa Code § 321.285;

(e) He failed to maintain a proper lookout;

(f) He failed to keep his vehicle under proper control;

(g) He failed to decrease the speed of his vehicle when a special hazard existed by reason of weather and highway conditions.

7. As a direct and proximate result of one or more of the aforesaid negligent acts

and omissions on the part of Defendant, the vehicle operated by Defendant went out of control on the ice, traveling across the eastbound lanes, then across the median strip between the eastbound and the westbound lanes, and then across the westbound lanes, directly toward the westbound vehicle operated by Plaintiff in the outside westbound lane.

8. In order to avoid an immediate direct head-on collision of Defendant's said vehicle into the vehicle Plaintiff James D. Woods was operating, said plaintiff turned his vehicle to the right, going off the pavement, directly and proximately thereby going out of control, down an embankment, across the intersecting road and into an embankment, said actions by said plaintiff being foreseeable by Defendant at the time of the negligent acts and omissions by Defendant described above.

9. As a direct and proximate result of the collision of the vehicle operated by James D. Woods with said embankment, Plaintiff James D. Woods was injured.

10. As a result of said injuries, Plaintiff James D. Woods incurred hospital, medical, and related expenses, has lost earnings, has become disabled, and has undergone pain and suffering, all in an amount exceeding $75,000.00.

WHEREFORE, Plaintiff prays that judgment be entered in his favor against Defendant for an amount in excess of $75,000.00 and that all costs be assessed against Defendant.

## **Count II**

Plaintiff Karen J. Woods, by the Crawford Law Firm, her attorney, complaining against Defendant, John Christian Rommerein, also known as John Christian Stuhr-Rommerein, states as follows:

1. Plaintiff is a citizen of the State of Illinois and Defendant is a citizen of the State of Iowa. The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy five thousand dollars.

2. On December 9, 2000, at approximately 3:00 PM, Plaintiff Karen J. Woods was a passenger in a 1992 Chevrolet van operated by Plaintiff James D. Woods, proceeding in a westerly direction on Interstate 80 at the location of its intersection with Southeast Beltline Drive at or near Newton, in Jasper County, Iowa.

3-8. Plaintiff incorporates and realleges paragraphs 3 through 8 of Count I as and for paragraphs 3 through 8, respectively, of this Count II.

9. As a direct and proximate result of the collision of the vehicle operated by James D. Woods with said embankment, Plaintiff Karen J. Woods was injured.

10. As a result of said injuries, Plaintiff Karen J. Woods incurred hospital, medical, and related expenses, has lost earnings, has become disabled, and has undergone pain and suffering, all in an amount exceeding $75,000.00.

WHEREFORE, Plaintiff prays that judgment be entered in her favor against Defendant for an amount in excess of $75,000.00 and that all costs be assessed against Defendant.

### Count III

Plaintiff James D. Woods, Jr., by the Crawford Law Firm, his attorney, complaining against Defendant, John Christian Rommerein, also known as John Christian Stuhr-Rommerein, states as follows:

1. Plaintiff is a citizen of the State of Illinois and Defendant is a citizen of the State of Iowa. The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy five thousand dollars.

2. On December 9, 2000, at approximately 3:00 PM, Plaintiff James D. Woods, Jr., was a passenger in a 1992 Chevrolet van operated by Plaintiff James D. Woods, proceeding in a westerly direction on Interstate 80 at the location of its intersection with Southeast Beltline Drive at or near Newton, in Jasper County, Iowa.

3-8. Plaintiff incorporates and realleges paragraphs 3 through 8 of Count I as and for paragraphs 3 through 8, respectively, of this Count III.

9. As a direct and proximate result of the collision of the vehicle operated by James D. Woods with said embankment, Plaintiff James D. Woods, Jr., was injured.

10. As a result of said injuries, Plaintiff James D. Woods, Jr., incurred hospital, medical, and related expenses, has lost earnings, has become disabled, and has undergone pain and suffering, all in an amount exceeding $75,000.00.

WHEREFORE, Plaintiff prays that judgment be entered in his favor against Defendant for an amount in excess of $75,000.00 and that all costs be assessed against Defendant.

**Count IV**

Plaintiff Annette Reeves, by the Crawford Law Firm, her attorney, complaining against Defendant, John Christian Rommerein, also known as John Christian Stuhr-Rommerein, states as follows:

1. Plaintiff is a citizen of the State of Illinois and Defendant is a citizen of the State of Iowa. The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy five thousand dollars.

2. On December 9, 2000, at approximately 3:00 PM, Plaintiff Annette Reeves was a passenger in a 1992 Chevrolet van operated by Plaintiff James D. Woods, proceeding in a westerly direction on Interstate 80 at the location of its intersection with Southeast Beltline Drive at or near Newton, in Jasper County, Iowa.

3-8. Plaintiff incorporates and realleges paragraphs 3 through 8 of Count I as and for paragraphs 3 through 8, respectively, of this Count IV.

9. As a direct and proximate result of the collision of the vehicle operated by James D. Woods with said embankment, Plaintiff Annette Reeves was injured.

10. As a result of said injuries, Plaintiff Annette Reeves incurred hospital, medical, and related expenses, has lost earnings, has become disabled, and has undergone pain and suffering, all in an amount exceeding $75,000.00.

WHEREFORE, Plaintiff prays that judgment be entered in her favor against Defendant for an amount in excess of $75,000.00 and that all costs be assessed against Defendant.

### Count V

Plaintiff James D. Woods, by the Crawford Law Firm, his attorney, complaining against Defendant, John Christian Rommerein, also known as John Christian Stuhr-Rommerein, states as follows:

1. Plaintiff is a citizen of the State of Illinois and Defendant is a citizen of the State of Iowa. The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy five thousand dollars.

2-9. Plaintiff incorporates and realleges paragraphs 2 through 9 of Count II as and for paragraphs 2 through 9, respectively, of this Count V.

10. Plaintiff James D. Woods was at said time, and has thereafter continued to be, the husband of Plaintiff Karen J. Woods.

11. As a direct and proximate result of the injuries sustained by Plaintiff Karen J. Woods, Plaintiff James D. Woods has lost, and will continue to lose, services and support by Plaintiff Karen J. Woods, including companionship, affection, aid, and consortium.

WHEREFORE, Plaintiff prays that judgment be entered in his favor against Defendant for an amount in excess of $75,000.00 and that all costs be assessed against Defendant.

### Count VI

Plaintiff Karen J. Woods, by David E. Robinson, her attorney, complaining against Defendant, John Christian Rommerein, also known as John Christian Stuhr-Rommerein, states as follows:

1. Plaintiff is a citizen of the State of Illinois and Defendant is a citizen of the State of Iowa. The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy five thousand dollars.

2-9. Plaintiff incorporates and realleges paragraphs 2 through 9 of Count I as and for paragraphs 2 through 9, respectively, of this Count VI.

10. Plaintiff Karen J. Woods was at said time, and has thereafter continued to be, the wife of Plaintiff James D. Woods.

11. As a direct and proximate result of the injuries sustained by Plaintiff James D. Woods, Plaintiff Karen J. Woods has lost, and will continue to lose, services and support by Plaintiff James D. Woods, including companionship, affection, aid, and consortium.

WHEREFORE, Plaintiff prays that judgment be entered in her favor against Defendant for an amount in excess of $75,000.00 and that all costs be assessed against Defendant.

## JURY DEMAND

Plaintiffs demand a trial by jury on all counts in this cause.

Respectfully Submitted by:          CRAWFORD LAW FIRM

_____
Jim Quilty  PK0000016427
1701 Ruan Center
Des Moines, IA 50309
(515) 245-5420
(515) 245-5421 (FAX)
**ATTORNEYS FOR THE PLAINTIFFS**

**Of Counsel:**
DAVID E. ROBINSON
*Attorney at Law*
313 W. State St.
Jacksonville, IL 62650
*Phone: 217-243-3115*
*Facsimile: 217-243-1331*
*E-mail: Dave@centralillinoislaw.com*